**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2057**

---

MUSTAFA H. SA'ID,

Plaintiff - Appellant,

versus

BEST BUY,

Defendant - Appellee,

and

FAIRFAX COUNTY GOVERNMENT CENTER, ET AL;
COUNTY OF FAIRFAX POLICE DEPARTMENT, ET AL; D.
A. CROOKE, Sergeant, Individually; J. THOMAS
MANGER, Colonel, Individually; ERIC HANTE,
Officer, Individually; BRIAN J. MCANDREW,
Lieutenant, Individually; LEON G. WILLIAMS,
Major, Individually; THOMAS RYAN, Captain,
Individually; ARTHUR J. HURLOCK, JR.,
Individually; THOMAS E. TYMAN, Individually;
CHARLES K. PETERS, Captain, Individually;
WILLIAMS AUDREY M. SLYMAN, Major,
Individually; COMMONWEALTH OF VIRGINIA, ET AL,
Workers Compensation Commissioners; SUSAN A.
CUMMINS, Individually,

Defendants.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-01-677-A)

---

Submitted: November 21, 2002      Decided: December 16, 2002

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mustafa H. Sa'id, Appellant Pro Se.   John David Griffin, Beth McNally Coyne, FOWLER, GRIFFIN, COYNE & COYNE, P.C., Winchester, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mustafa H. Sa'id appeals the district court's order denying his motion for "disposition of claim/judgment based on jurisdiction amount to be paid to the plaintiff by the defendant's."  We have reviewed the record and find no reversible error.  Accordingly, we deny Best Buy's motion for sanctions and affirm on the reasoning of the district court.  See Sa'id v. Best Buy, No. CA-01-677-A (E.D. Va. Aug. 22, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED